858

No. 84–175.   SCHREIBER v. GENCORP, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–178.   TECHNICAL DEVELOPMENT CORP. v. BECKMAN INSTRUMENTS, INC.   C. A. 7th Cir.   Certiorari denied.

No. 84–179.   SCHREIBMAN v. O'DONNELL, TRUSTEE.   C. A. 4th Cir.   Certiorari denied.

No. 84–180.   RENWICK v. NEWS & OBSERVER PUBLISHING CO., DBA THE RALEIGH TIMES, ET AL.   Sup. Ct. N. C.   Certiorari denied.

No. 84–182.   FEIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF FEIN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–183.   SMITH v. ALASKA DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT, DIVISION OF OCCUPATIONAL LICENSING.   Sup. Ct. Alaska.   Certiorari denied.

No. 84–189.   ERON v. CITY OF MEQUON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–190.   WINDJAMMER "BAREFOOT" CRUISES, LTD. v. KUNTZ, ADMINISTRATOR OF THE ESTATE OF KUNTZ.   C. A. 3d Cir.   Certiorari denied.

No. 84–191.   EISENBERG v. SCHWALBE.   Ct. App. Wis.   Certiorari denied.

No. 84–199.   BROWN ET AL. v. GENERAL ELECTRIC CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–200.   WEATHERS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–202.   STORM v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.